UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| United States of America, | No.  CR11-5246BHS |
|---|---|
| Plaintiff, | |
| -vs- | Order Continuing Pre-trial Motions Cut-off Date |
| Sabir Shabazz, | |
| Defendant. | |

Based on the unopposed motion of Defendant Sabir Shabazz to continue the pre-trial motions cut-off date and the motion of defense counsel in support of the motion, the Court makes the following findings of fact and conclusions of law:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense.   18 U.S.C. 3161 (h)(7)(B)(iv).

NOW, THEREFORE, IT IS HEREBY ORDERED that the pre-trial motions cut-off date is continued from May 2, 2012 to May 14, 2012.

DONE this 1st day of May, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Proposed Order                            1

**LAW OFFICES OF
STEVEN D. WEIER, INC. PS**
3204 Auburn Way North
Auburn, WA  98002
Telephone (253) 931-0332 FAX (253) 735-2845